UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:22-cr-00063-JMS-MG |
| | ) |
| ROBDARIUS WILLAIMS (03), | ) |
| | ) |
| Defendant. | ) |

### STIPULATION

The United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Jeremy C. Fugate and Peter A. Blackett, Assistant United States Attorneys, and the defendant, by and through his attorney, Jamie A. Edgar, stipulate and agree as follows:

1. The parties agree that the United States currency, cellular devices, and merchandise sold at the AT&T store located at 8855 South Emerson Avenue, in Indianapolis, Indiana are property.

2. No additional evidence needs to be introduced at trial to establish these facts beyond a reasonable doubt.

By affixing their signatures hereto, the government and the defendant agree to this stipulation and that said stipulation may be entered into evidence during the course of the trial in the above cause.

Date: 4/24/24

Jeremy C. Fugate
Peter A. Blackett
Assistant United States Attorneys

Date: 4/23/24

/s/ James A. Edgar
James A. Edgar
Attorney for Jason Compliment